```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALISON MICHELLE CRUZ,                                       :
                                                            :
                              Plaintiff,                    :
                                                            :         23-CV-5420 (VSB)
              -against-                                     :
                                                            :              ORDER
NATURE BACKS CLOTHING COMPANY,                              :
LLC,                                                        :
                                                            :
                              Defendant.                    :
                                                            X
------------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on June 26, 2023, (Doc. 1), and filed an affidavit of service on August 28, 2023, (Doc. 7).  The deadline for Defendant to respond to Plaintiff's complaint was September 5, 2023.  (*See id*.)  On August 30, 2023, Defendant filed a letter motion seeking an extension of time to respond to Plaintiff's complaint, from September 5, 2023 to October 5, 2023.  (Doc. 8.)  On August 31, 2023, I granted Defendant's request.  (Doc. 9.)  To date, Defendant has not responded to the complaint or sought additional time to do so.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 24, 2023.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 10, 2023
       New York, New York

                                                            _____
                                                            VERNON S. BRODERICK
                                                            United States District Judge